IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| APRIL PORTER | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | Civil Action No.4:17-cv-1191 |
| | § | |
| UNIVERSITY OF TEXAS, | § | |
| MD ANDERSON CANCER CENTER | § | |
| *Defendant* | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE COURT:

Defendant University of Texas, MD Anderson Cancer Center ("MD Anderson")

now files this Notice of Removal, and respectfully shows the following:

**BACKGROUND**

1.      The parties to this case are Plaintiff April Porter ("Plaintiff") and Defendant

University of Texas, MD Anderson Cancer Center ("Defendant").

2.       On March 23, 2017, Plaintiff filed suit against Defendant in Travis County

District Court for alleged violations of the Texas Commission on Human Rights Act

(Tex. Labor Code § 21.001 *et seq.*) and Title VII of the Civil Rights Act of 1964 (42

U.S.C. § 2000e *et seq.*). The case was subsequently assigned to the 295th District

Court of Harris County, Texas, Cause No. 2017-19769. Defendant filed its Original

Answer and Affirmative Defenses in the state court proceedings on April 10, 2017.

Defendant now files this timely Notice of Removal.

**BASIS FOR REMOVAL**

3.     Removal is proper under 28 U.S.C. § 1441 because Plaintiff's suit involves a federal question arising from federal law. 28 U.S.C. §§ 1331, 1441(a). Specifically, Plaintiff's claims arise under the Title VII of the Civil Rights Act of 1964, a federal statute over which this Court has original jurisdiction. *See* 28 U.S.C. § 1331; 42 U.S.C. § 2000e–5(f)(3). In addition, the Court has supplemental jurisdiction over the state law claims alleged in Plaintiff's Original Petition—which involve the same allegations at issue in Plaintiff's Title VII claims—pursuant to 28 U.S.C. § 1367(a), which provides that "…in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within the original jurisdiction that they form part of the same controversy under Article III of the United States Constitution." [1]

4.     Venue over this matter is proper in the United States District Court for the Southern District of Texas, Houston Division under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located within this District and Division.

5.     Copies of all process, pleadings, and orders served upon, or by, Defendant in the state court suit are being filed with this notice as required by 28 U.S.C. § 1446(a).

---

[1] Nonetheless, the state law claims fail because Plaintiff did not timely exhaust his administrative remedies as to those claims. Defendant asserted this affirmative defense in its state court answer.

## TIMELINESS OF REMOVAL

6.      Citation of service was issued on March 23, 2017, and Defendant was served with Plaintiff's Original Petition on April 3, 2017, making the notice of removal due thirty days later (on or before May 3, 2017).  Defendant is filing this notice of removal electronically on April 17, 2017.  Because this removal is being filed prior to the thirty-day deadline, the removal is timely.  28 U.S.C. §1446(b).

## CONCLUSION

Defendant University of Texas, MD Anderson Cancer Center has satisfied all prerequisites to removal. Accordingly, Defendant respectfully asks this Court to remove this suit to the United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

/s/ Enrique M. Varela
ENRIQUE M. VARELA
Assistant Attorney General
State Bar No. 24043971

3

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
(512) 463-2120    (512) 320-0667 (FAX)
enrique.varela@texasattorneygeneral.gov

*Attorneys for Defendant University of Texas MD Anderson Cancer Center*

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically provided notice to the following CM/ECF participants:

Craig R. Keener
1005 Heights Blvd.
Houston, TX  77008
CRKeener@aol.com

/s/ Enrique Varela
ENRIQUE VARELA

4